Ryan Randall RAMEY, Defendant–Appellant,

v.

Chief Justice William B. TRAXLER, Jr.; Judge Diana Gribbon Motz; Judge G. Steven Agee; Judge Clyde H. Hamilton; Richard Sewell, Case Manager; Samuel W. Phillips, Secretary; John Doe, c/o Secretary; Jane Doe, c/o Secretary, Defendants–Appellees.

No. 14–7208.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 16, 2014.

Decided: Dec. 19, 2014.

Ryan Randall Ramey, Appellant Pro Se.

Before DUNCAN and DIAZ, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ryan Randall Ramey appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Ramey v. Chief Justice Wm. B. Traxler*, No. 1:14–cv–02390–WMN (D.Md. Aug. 18, 2014). We dispense with oral argument because the facts and legal contentions are ade-

quately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*